**United States District Court**
**District of Columbia**

| | | |
|---|---|---|
| **JAMES P. REGAN** | * | |
| Plaintiff | * | |
| v. | * | CASE NO. 1:08-cv-00697 |
| | | Judge Royce C. Lamberth |
| **LEX, INC.** | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### JOINT MOTION TO STAY AND LOCAL RULE 16(d) REPORT

Plaintiff, James P. Regan ("Regan"), and Defendant, LEX, Inc. ("LEX"), by and through their respective counsel, move this Court to stay proceedings in the pending litigation to July 15, 2008. In addition, the parties submit the following report pursuant to Local Rule 16(d) and the Court's Order dated June 4, 2008.

The claims in this lawsuit involve issues related to the payment of commissions while Regan was employed by LEX, claims for unpaid overtime compensation, and the enforcement of a non-competition provision in Regan's employment agreement with LEX. Consistent with the Court's order and the Local Rules, the attorneys for the parties conferred regarding, *inter alia*, a discovery plan and settlement. Counsel have agreed that the issues raised by the lawsuit have a significant likelihood of being resolvable through settlement discussions. Accordingly, they have agreed to a conference to be conducted at LEX's corporate office in Vienna, Virginia in the first week of July for the purpose of trying to resolve this litigation.

Counsel for the parties believe that litigation expenses may make settlement less likely in this case. Currently pending is Defendant's Motion for Partial Summary Judgment, with an opposition due July 3, 2008. Therefore, the parties request that the Court allow the parties the

opportunity to meet and resolve the outstanding claims in the most cost effective manner possible, without the burden of responding to and filing motions, and engaging in discovery.

WHEREFORE, the parties respectfully move that the Court enter an order staying the litigation to and until July 15, 2008. On or before July 16, 2008, the parties will either submit stipulations of dismissal, or an amended Local Rule 16(d) report.

Respectfully submitted,

_____/s/_____
John J. Rigby (255539)
McInroy & Rigby, LLP
2200 Wilson Blvd., #800
Arlington, Virginia 22201
(703) 841-1100
(703) 841-1161 (fax)
jrigby@mcinroyrigby.com

Attorney for Plaintiff
James P. Regan

_____/s/_____
Francis R. Laws (MD 2596)
Thomas & Libowitz, P.A.
100 Light Street, Suite 1100
Baltimore, MD 21202-1053
(410) 752-2468
(410) 752-0979
flaws@tandllaw.com

Attorney for Defendant
LEX, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAMES P. REGAN | * | |
| Plaintiff | * | |
| v. | * | CASE NO. 1:08-cv-00697 |
| | | Judge Royce C. Lamberth |
| LEX, INC. | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

The Court has reviewed and considered Plaintiff James P. Regan's and Defendant LEX, Inc.'s Joint Motion to Stay and Local Rule 16(d) Report. For the reasons set forth by the Court in the foregoing Memorandum, it is this 25th day of June, 2008, by the United States District Court for the District of Columbia, HEREBY ORDERED:

(1) That Plaintiff James P. Regan's and Defendant LEX, Inc.'s Joint Motion to Stay and Local Rule 16(d) Report is GRANTED.

(2) The case is stayed through July 15, 2008. On or before July 16, 2008, the parties will either submit stipulations of dismissal or an amended Local Rule 16(d) report.

_____
Royce C. Lamberth
United States District Court Judge