UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JAMES P. REGAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-697 (RCL) |
| | ) | |
| LEX, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of the parties' joint motion [5] to stay and Local Rule 16(d) Report, it is hereby,

ORDERED that the motion [5] to stay proceedings in this matter be, and is hereby, GRANTED; it is further

ORDERED that this matter be, and is hereby, stayed through July 15, 2008. On or before July 16, 2008, the parties shall either submit stipulations of dismissal or an amended Local Rule 16(d) Report with a proposed scheduling order.

SO ORDERED.


Signed by Royce C. Lamberth, Chief Judge, on June 27, 2008.