IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES P. REGAN                        *

    Plaintiff                        *

v.                                    *     CASE NO. 1:08-cv-00697
                                                            Judge Royce C. Lamberth
LEX, INC.                             *

    Defendant                        *

*   *   *   *   *   *   *   *   *   *   *   *   *

## JOINT MOTION TO CONTINUE THE OPERATION OF THE STAY

Plaintiff, James P. Regan ("Regan"), and Defendant, LEX, Inc. ("LEX"), by and through their respective counsel, move this Court to continue to stay proceedings in the pending litigation to July 30, 2008.

On June 25, 2008, the parties filed a Joint Motion to Stay and Local Rule 16(d) Report. The purpose of requesting the stay was to allow the parties to meet regarding settlement. The Court granted the Joint Motion to Stay on June 27, 2008, staying the case until July 16, 2008.

Due to vacations and trial schedules of counsel, the parties were not able to schedule a time to meet prior to July 16. However, a meeting date has been set for Wednesday, July 23, 2008, with July 25 also being reserved for follow up, for the purposes of conducting settlement discussions.

WHEREFORE, the parties respectfully move that the Court enter an order staying the litigation to and until July 30, 2008. On or before August 1, 2008, the parties will either submit stipulations of dismissal, or an amended Local Rule 16(d) report.

Respectfully submitted,

_____/s/_____
John J. Rigby (255539)
McInroy & Rigby, LLP
2200 Wilson Blvd., #800
Arlington, Virginia 22201
(703) 841-1100
(703) 841-1161 (fax)
jrigby@mcinroyrigby.com

Attorney for Plaintiff
James P. Regan


_____/s/_____
Francis R. Laws (MD 2596)
Thomas & Libowitz, P.A.
100 Light Street, Suite 1100
Baltimore, MD 21202-1053
(410) 752-2468
(410) 752-0979
flaws@tandllaw.com

Attorney for Defendant
LEX, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAMES P. REGAN | * | |
| Plaintiff | * | |
| v. | * | CASE NO. 1:08-cv-00697 |
| | | Judge Royce C. Lamberth |
| LEX, INC. | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

The Court has reviewed and considered Plaintiff James P. Regan's and Defendant LEX, Inc.'s Joint Motion to Continue the Operation of the Stay. For the reasons set forth by the Parties in their Motion, it is this _____ day of July 2008, by the United States District Court for the District of Columbia, HEREBY ORDERED:

(1) That Plaintiff James P. Regan's and Defendant LEX, Inc.'s Joint Motion to Continue the Operation of the Stay is GRANTED.

(2) The case is stayed through July 30, 2008. On or before August 1, 2008, the parties will either submit stipulations of dismissal or an amended Local Rule 16(d) report.

_____
Royce C. Lamberth
United States District Court Judge