IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUL 16 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JAMES P. REGAN                    *

      Plaintiff             *

v.                                *     CASE NO. 1:08-cv-00697
                                        Judge Royce C. Lamberth
LEX, INC.                         *

      Defendant             *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

The Court has reviewed and considered Plaintiff James P. Regan's and Defendant LEX, Inc.'s Joint Motion to Continue the Operation of the Stay. For the reasons set forth by the Parties in their Motion, it is this **16th** day of July 2008, by the United States District Court for the District of Columbia, HEREBY ORDERED:

(1) That Plaintiff James P. Regan's and Defendant LEX, Inc.'s Joint Motion to Continue the Operation of the Stay is GRANTED.

(2) The case is stayed through July 30, 2008. On or before August 1, 2008, the parties will either submit stipulations of dismissal or an amended Local Rule 16(d) report.

_____
Royce C. Lamberth
United States District Court Judge