IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAMES P. REGAN | * | |
|     Plaintiff | * | |
| v. | * | CASE NO. 1:08-cv-00697<br>Judge Royce C. Lamberth |
| LEX, INC. | * | |
|     Defendant | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## JOINT MOTION TO CONTINUE THE OPERATION OF THE STAY

Plaintiff, James P. Regan ("Regan"), and Defendant, LEX, Inc. ("LEX"), by and through their respective counsel, move this Court to continue to stay proceedings in the pending litigation to August 7, 2008.

On June 25, 2008, the parties filed a Joint Motion to Stay and Local Rule 16(d) Report. The Court granted the Joint Motion to Stay on June 27, 2008, staying the case until July 16, 2008.

On July 15, the parties filed a Joint Motion to Continue the Operation of the Stay, based in the parties inability to meet to discuss settlement. The Court granted the Motion, staying the case until July 30, 2008.

The parties met on Friday, July 25, to discuss settlement. Offers were exchanged and parameters discussed. At the July 25 meeting, it became apparent that participation of a third party, at least at some level, would facilitate discussions. At present, and as late as today, the parties continue to explore alternatives. Moreover, Plaintiff has agreed to attempt to engage the above-referenced third party in the discussions.

1

WHEREFORE, the parties respectfully move that the Court enter an order further staying the litigation to and until August 7, 2008 to allow settlement discussions to continue. On or before August 8, 2008, the parties will either submit stipulations of dismissal, or an amended Local Rule 16(d) report. The parties have agreed that this is the last request for stay. If stipulations of dismissal are not filed on August 8, 2008, Plaintiff will respond to the pending Motion for Summary Judgment by August 22, 2008.

Respectfully submitted,

_____/s/_____
Francis R. Laws (MD 2596)
Thomas & Libowitz, P.A.
100 Light Street, Suite 1100
Baltimore, Maryland 21202-1053
(410) 752-2468
Attorney for Defendant
LEX, INC.


_____/s/_____
John J. Rigby (255539)
McInroy & Rigby, LLP
2200 Wilson Blvd., #800
Arlington, Virginia 22201
(703) 841-1100
Attorney for Plaintiff
James P. Regan

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAMES P. REGAN | * | |
| Plaintiff | * | |
| v. | * | CASE NO. 1:08-cv-00697 |
| | | Judge Royce C. Lamberth |
| LEX, INC. | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

The Court has reviewed and considered Plaintiff James P. Regan's and Defendant LEX, Inc.'s Joint Motion to Continue the Operation of the Stay. For the reasons set forth by the Parties in their Motion, it is this _____ day of July 2008, by the United States District Court for the District of Columbia, HEREBY ORDERED:

(1) That Plaintiff James P. Regan's and Defendant LEX, Inc.'s Joint Motion Continue the Operation of the Stay is GRANTED.

(2) The case is stayed through August 7, 2008. On or before August 8, 2008, the parties will either file stipulations of dismissal or an amended Local Rule 16(d) report. In the event that stipulations of dismissal are not filed, Plaintiff's response to Defendant's Motion for Summary Judgment shall be filed on or before August 22, 2008.

_____
Royce C. Lamberth
United States District Court Judge