IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

AUG - 8 2008

Clerk, U.S. District and
Bankruptcy Courts

JAMES P. REGAN                  *

      Plaintiff            *

v.                              *    CASE NO. 1:08-cv-00697
                                        Judge Royce C. Lamberth
LEX, INC.                       *

      Defendant            *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

The Court has reviewed and considered Plaintiff James P. Regan's and Defendant LEX, Inc.'s Joint Motion to Continue the Operation of the Stay. For the reasons set forth by the Parties in their Motion, it is this ___8th___ day of _Aug_ 2008, by the United States District Court for the District of Columbia, HEREBY ORDERED:

(1)   That Plaintiff James P. Regan's and Defendant LEX, Inc.'s Joint Motion Continue the Operation of the Stay is GRANTED.

(2)   The case is stayed through August 7, 2008. On or before August 8, 2008, the parties will either file stipulations of dismissal or an amended Local Rule 16(d) report. In the event that stipulations of dismissal are not filed, Plaintiff's response to Defendant's Motion for Summary Judgment shall be filed on or before August 22, 2008.

/s/
_____
Royce C. Lamberth
United States District Court Judge