UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAMES P. REGAN | * | |
|     Plaintiff | * | |
| v. | * | CASE NO. 1:08-cv-00697 |
| | | Judge Royce C. Lamberth |
| LEX, INC. | * | |
|     Defendant | * | |

*   *   *   *   *   *   *   *   *   *   *   *   *

## JOINT LOCAL RULE 16(D) REPORT

COMES NOW Counsel for the Parties, pursuant to the Court's Scheduling Order and Local Rule 16(d), and submits the following report. The body of this report is numbered to mirror the categories of information reflected in Local Rule 16(d).

(1)   Currently pending is Defendant LEX's motion for summary judgment, seeking judgment for the Defendant on all claims but the request for declaratory relief. LEX respectfully submits that the case likely will be resolved by summary judgment, with which Plaintiff respectfully disagrees. LEX would request that discovery be stayed until that motion is ruled upon. Plaintiff would request that discovery begin while the motion is pending. If the Court declines to stay discovery until it decides the motion for summary judgment, the Parties submit the following.

(2)   The Parties agree that, by September 8, 2008, any other parties shall be joined and any amendments to pleadings shall be due.

(3)   The Parties decline to stipulate to having a magistrate judge try the matter.

(4)   The Parties are optimistic that, although efforts to settle the matter have not been successful to date, that the matter is capable of being settled.

(5)    At this point, the Parties believe that the case may benefit from the Court's ADR procedures, perhaps after conducting some discovery.

(6)    The Parties would request that dispositive motions be filed by January 15, 2009, any opposition thereto due by February 5, 2009, and any reply due by February 19, 2009, with a decision on the motions to be expected on or about March 19, 2009.

(7)    The Parties stipulate to dispensing with the automatic disclosure requirements of Rule 26(a)(1).

(8)    The Parties would request a discovery completion date of December 15, 2008, with all discovery, including depositions, interrogatories, requests for production of documents, and requests for admission, to be propounded for completion no later than this date.

(9)    The Parties request deferral of expert designations pending the Court's decision on dispositive motions. Plaintiff's designation of expert(s) pursuant to Rule 26(a)(2) would be due April 20, 2009, Defendant's expert designation would be due May 20, 2009, with any supplemental reports due June 3, 2009. Expert depositions would be concluded by June 17, 2009.

(10)    N/A.

(11)    N/A.

(12)    The Parties propose the pretrial conference for the week of June 29, 2009.

(13)    A trial date to be set at the pretrial conference.

(14)    N/A.

A proposed Scheduling Order is attached for the Court's consideration.

Respectfully submitted,

_____/s/_____
John J. Rigby (255539)
McInroy & Rigby, LLP
2200 Wilson Blvd., #800
Arlington, Virginia 22201
(703) 841-1100
(703) 841-1161 (fax)
jrigby@mcinroyrigby.com
Attorney for Plaintiff James P. Regan


_____/s/_____
Francis R. Laws (MD 2596)
Thomas & Libowitz, P.A.
100 Light Street, Suite 1100
Baltimore, MD 21202-1053
(410) 752-2468
(410) 752-0979
flaws@tandllaw.com
Attorney for Defendant LEX, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAMES P. REGAN | * | |
|     Plaintiff | * | |
| v. | * | CASE NO. 1:08-cv-00697<br>Judge Royce C. Lamberth |
| LEX, INC. | * | |
|     Defendant | * | |

\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*

## SCHEDULING ORDER

The Parties have stipulated and agreed to the following schedule:

| | |
|---|---|
| Joinder of additional parties and amendment of pleadings | September 8, 2008 |
| Discovery completion date, with all discovery, to include that pursuant to Rules 33, 34, and 36, to be completed by this date | December 15, 2008 |
| Dispositive motions deadline, to include motions under Rule 56 | January 15, 2009 |
| Oppositions to dispositive motions | February 5, 2009 |
| Replies due | February 19, 2009 |
| Expected date for decision on dispositive motions | March 19, 2009 |
| Plaintiff's Rule 26(a)(2) expert designations due | April 20, 2009 |
| Defendant's Rule 26(a)(2) expert designations due | May 20, 2009 |

2

| | |
|---|---|
| Supplemental expert reports due | June 3, 2009 |
| Deadline for concluding expert depositions | June 17, 2009 |
| Pretrial conference | June 29, 2009 |

_____          _____
Date                              The Honorable Royce C. Lamberth
                                  United States District Court Judge for the
                                  District of Columbia

2