```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA


JAMES P. REGAN,                         )
                                        )
            Plaintiff                   )
                                        )   C.A. No. 1:08-cv-00697
vs.                                     )   RCL
                                        )
LEX, INC.,                              )
                                        )
            Defendant.                  )
_____)
```

PLAINTIFF'S MOTION UNDER RULE 56(F) FOR CONTINUANCE

Plaintiff James P. Regan ("Mr. Regan"), through counsel, respectfully moves for a continuance under Rule 56(f) for filing his complete Opposition to Defendant's Motion for Summary Judgment. As discussed in Plaintiff's Opposition to Defendant's Motion for Summary Judgment, Defendant filed its Motion for Summary Judgment before Plaintiff was able to conduct discovery. Plaintiff respectfully requests that he be allowed to supplement his Opposition to Defendant's Motion for Summary Judgment within 15 days after the end of discovery in the case. Counsel have discussed the matter, but Defendant does not consent.

                                Respectfully submitted,

                                 /s/ John J. Rigby
                                John J. Rigby, #255539
                                McInroy & Rigby, L.L.P.
                                2200 Wilson Blvd., Suite 800
                                Arlington, Virginia 22201
                                (703) 841-1100
                                (703) 841-1161 (fax)
                                jrigby@mcinroyrigby.com
                                Counsel for Plaintiff
                                James P. Regan

CERTIFICATE OF SERVICE

    I hereby certify that, on August 21, 2008, I caused the foregoing to be electronically filed with he Clerk of the Court using the CM/ECF system which will send notifications of each filing to the following counsel of record.

Francis R. Laws, Esq.
Thomas & Libowitz, P.A.
100 Light Street, Suite 1100
Baltimore, Maryland 21202-1053
flaws@tandllaw.com
Counsel for Defendant

                                                     /s/ John J. Rigby
                                           John J. Rigby, #255539
                                           McInroy & Rigby, L.L.P.
                                           2200 Wilson Blvd., Suite 800
                                           Arlington, Virginia 22201
                                           (703) 841-1100
                                           (703) 841-1161 (fax)
                                           jrigby@mcinroyrigby.com
                                           Counsel for Plaintiff

```
                     UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF COLUMBIA


JAMES P. REGAN,                      )
                                     )
          Plaintiff                  )
                                     )       C.A. No. 1:08-cv-00697
vs.                                  )       RCL
                                     )
LEX, INC.,                           )
                                     )
          Defendant.                 )
_____)
```

PLAINTIFF'S MEMORANDUM OF AUTHORITIES IN SUPPORT OF
MOTION FOR CONTINUANCE UNDER RULE 56(F)

Plaintiff James P. Regan ("Mr. Regan"), through counsel, has moved for a continuance under Rule 56(f) for filing his complete Opposition to Defendant's Motion for Summary Judgment. As discussed in Plaintiff's Opposition to Defendant's Motion for Summary Judgment, Defendant filed its Motion for Summary Judgment before Plaintiff was able to conduct discovery.

In his Opposition to Defendant's Motion for Summary Judgment and its supporting Regan Declaration, Plaintiff discussed the additional information and documents he needs to oppose completely Defendant's Motion and make legal arguments. Below, Plaintiff summarizes his prior submission.

Defendant moved for summary judgment before Plaintiff had any opportunity for discovery. This has prejudiced Plaintiff. While Plaintiff has done his best to obtain affidavits and other evidence to show disputed issues of material fact, Plaintiff needs discovery to build a more complete record concerning the many disputed issues of material fact.

Thus, Plaintiff requests that, if the Court cannot deny Defendant's Motion for Summary Judgment based on the existing record, that the Court order a continuance to permit discovery to be had. Fed. R. Civ. P. 56(f). Plaintiff respectfully requests that he be allowed to supplement his Opposition to Defendant's Motion for Summary Judgment within 15 days after the close of discovery.

Summary judgment is proper only after the non-movant has had adequate discovery. See, e.g., Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 257 (1986) (party must have "a full opportunity to conduct discovery"); First Chicago International v. United Exchange Co., 267 U.S. App. D.C. 27, 836 F.2d 1375, 1380 (D.C. Cir. 1988) (reversal of summary judgment because some discovery requests still outstanding); Black v. NFL Players Ass'n, 87 F. Supp.2d 1, 3-4 (D. D.C. 2000) (defer ruling on motion for summary judgment until chance to take depositions and other discovery); 11 Moore's Federal Practice §56.10[8][a] (3d ed. 2000).

Concerning the claim for unpaid commissions, Plaintiff needs to take the deposition of Chuck Pindell, a former Vice President of Defendant, Lex, Inc. Mr. Pindell, admitted to Plaintiff, when both were still employed by Defendant, that Defendant owed Plaintiff at least $80,000 in unpaid commissions, because Defendant had not calculated Plaintiff's commissions correctly. Regan Declaration, Exhibit 2 to Plaintiff's Opposition to Defendant's Motion for Summary Judgment, ¶¶37-38. Mr. Pindell also admitted, in sworn testimony at Plaintiff's unemployment compensation hearing, that

Defendant engaged in practices that decreased Plaintiff's commissions. Regan Declaration, Exhibit 2 to Plaintiff's Opposition to Defendant's Motion for Summary Judgment, ¶¶41-42, 49; Exhibit 12 to Plaintiff's Opposition to Defendant's Motion for Summary Judgment, pp. 80-85.

Plaintiff also needs document production of documents concerning all of the invoices that reflected his work and all documents showing the date and amount of payment of those invoices, as well as all documents concerning the alleged "bad debt" that reduced his commissions. Regan Declaration, Exhibit 2 to Plaintiff's Opposition to Defendant's Motion for Summary Judgment, ¶47. See generally Exhibits 1, 3-12 to Plaintiff's Opposition to Defendant's Motion for Summary Judgment.

For the FLSA exemption issue, Plaintiff need documents concerning his job duties, including the amount of time he spent on various duties, during his employment with Lex. Regan Declaration, Exhibit 2 to Plaintiff's Opposition to Defendant's Motion for Summary Judgment, ¶48. Plaintiff will seek such documents during discovery.

                                                Respectfully submitted,

                                                /s/ John J. Rigby
John J. Rigby, #255539
McInroy & Rigby, L.L.P.
2200 Wilson Blvd., Suite 800
Arlington, Virginia 22201
(703) 841-1100
(703) 841-1161 (fax)
jrigby@mcinroyrigby.com
Counsel for Plaintiff
James P. Regan

3

CERTIFICATE OF SERVICE

I hereby certify that, on August 21, 2008, I caused the foregoing to be electronically filed with he Clerk of the Court using the CM/ECF system which will send notifications of each filing to the following counsel of record.

Francis R. Laws, Esq.
Thomas & Libowitz, P.A.
100 Light Street, Suite 1100
Baltimore, Maryland 21202-1053
flaws@tandllaw.com
Counsel for Defendant

          /s/ John J. Rigby
John J. Rigby, #255539
McInroy & Rigby, L.L.P.
2200 Wilson Blvd., Suite 800
Arlington, Virginia 22201
(703) 841-1100
(703) 841-1161 (fax)
jrigby@mcinroyrigby.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
JAMES P. REGAN,                         )
                                        )
            Plaintiff                   )
                                        )   C.A. No. 1:08-cv-00697
vs.                                     )   RCL
                                        )
LEX, INC.,                              )
                                        )
            Defendant.                  )
_____)
```

ORDER

UPON CONSIDERATION of Plaintiff's Motion for Continuance Under Rule 56(f), any Opposition by Defendant, and any Reply by Plaintiff, it is

ORDERED that Plaintiff's Motion is GRANTED and that Plaintiff may supplement his Opposition to Defendant's Motion for Summary Judgment within 15 days of the close of discovery in the case.

_____
Royce C. Lamberth
United States District Court Judge